IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| MARSHALL JASON SCHELL and | : | CASE NO. 09-43260-MGD |
| AMANDA GAIL SCHELL, | : | |
| | : | |
| Debtors. | : | |
| | : | |
| WACHOVIA DEALER SERVICES, INC., | : | |
| F/K/A WFS FINANCIAL, INC., | : | |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | CONTESTED MATTER |
| | : | |
| MARSHALL JASON SCHELL and | : | |
| AMANDA GAIL SCHELL, Debtor; | : | |
| and MARY IDA TOWNSON, Trustee, | : | |
| | : | |
| Respondents. | : | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that **Wachovia Dealer Services, Inc., f/k/a WFS Financial, Inc.** has filed a Motion for Relief From Automatic Stay and related papers with the Court seeking an order of relief from the Automatic Stay.

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on the Motion for Relief From Automatic Stay, in Courtroom 342, The Federal Building, 600 East First Street, Rome, Georgia at 10:15 a.m. on November 4, 2009.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings, or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom

(including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address for the Clerk's Office is: Clerk, United States Bankruptcy Court, Room 339, Federal Building, 600 East First Street, Rome, Georgia 30161-3187. You must also mail a copy of your response to the undersigned at the address stated below.

IF THE MOTION IS FOR RELIEF FROM STAY, and a hearing on the motion for relief from the automatic stay cannot be held within thirty (30) days, Movant waives the requirement for holding a preliminary hearing within thirty days of filing the motion and agrees to a hearing on the earliest possible date. Movant consent to the automatic stay remaining in effect until the Court orders otherwise.

Dated: <u>October 20, 2009</u>    Signature:    <u>/s/Philip L. Rubin</u>
                                               Philip L. Rubin
                                               5555 Glenridge Connector
                                               Suite 900
                                               Atlanta, Georgia  30342
                                               404-869-6900
                                               Bar Number 618525

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| MARSHALL JASON SCHELL and | : | CASE NO. 09-43260-MGD |
| AMANDA GAIL SCHELL, | : | |
| | : | |
| Debtors. | : | |
| | : | |
| WACHOVIA DEALER SERVICES, | : | |
| INC., F/K/A WFS FINANCIAL, INC., | : | |
| | : | |
| Movant, | : | |
| | : | CONTESTED MATTER |
| v. | : | |
| | : | |
| MARSHALL JASON SCHELL and | : | |
| AMANDA GAIL SCHELL, Debtor; | : | |
| and MARY IDA TOWNSON, Trustee, | : | |
| | : | |
| Respondents. | : | |

## MOTION FOR RELIEF FROM AUTOMATIC STAY

NOW COMES WACHOVIA DEALER SERVICES, INC., F/K/A WFS FINANCIAL, INC. (the "Movant") and moves this Court for relief from the automatic stay and shows the Court as follows:

1.

On August 13, 2009, Marshall Jason Schell and Amanda Gail Schell ("Debtors") filed a Voluntary Petition pursuant to 11 U.S.C. Chapter 13, and said case is pending before this Court.

2.

Movant has a claim in this case secured by a first priority lien against Debtors' vehicle, to wit: 2006 Nissan Armada (the "Collateral"). The approximate payoff is $30,986.87.

Debtors are delinquent in direct payments to Movant. The account is contractually due for the June 29, 2009 payment and all subsequent payments for a current arrearage of $2,649.40. Contract payments are $662.35.

3.

The Collateral was repossessed pre petition and Debtors have made no arrangements to recover the Collateral. Debtors' Chapter 13 Plan indicates a voluntary surrender of the Collateral to Movant. Movant requests relief from stay to dispose of the Collateral. Movant requests the right to file an amended proof of claim after liquidation of the Collateral and that claim be allowed as an unsecured deficiency claim to be paid in conjunction with other creditor's similarly classified/situated. Movant also requests that Bankruptcy Rule 4001(a)(3) be waived.

4.

Debtors do not have an equity in the Collateral and the Collateral is not necessary to a reorganization that is in prospect.

5.

Cause exists including the lack of adequate protection to grant Movant relief from the automatic stay so as to authorize Movant to dispose of the Collateral.

6.

Movant does not have proof of insurance protecting its interest in the Collateral.

7.

Movant requests fees for the costs associated with the filing of this Motion.

WHEREFORE, Movant prays that this Court:

(a) Hold a Hearing pursuant to this Motion within thirty (30) days as is required under 11 U.S.C. Section 362(e);

(b) Grant Movant relief from the automatic stay under 11 U.S.C. Section 362(d) so as to allow Movant to recover and dispose of the Collateral and to apply the net proceeds generated therefrom to its claim in this case,

(c) Rule 4001(a)(3) be waived;

(d) Award Movant attorney fees for the cost associated with the filing of the Motion for

relief; and

    (e) Grant such other and further relief as the Court deems to be just and proper.

This October 20, 2009.

                                              The Law Office of
                                              LEFKOFF, RUBIN & GLEASON, P.C.
                                              Attorneys for Movant

                                              By:  /s/Philip L. Rubin
                                                    Philip L. Rubin
                                                    Georgia State Bar No. 618525

5555 Glenridge Connector
Suite 900
Atlanta, Georgia 30342
(404) 869-6900

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| IN RE | : CHAPTER 13 |
| MARSHALL JASON SCHELL and<br>AMANDA GAIL SCHELL, | : CASE NO. 09-43260-MGD |
| Debtors. | : |
| WACHOVIA DEALER SERVICES, INC.,<br>F/K/A WFS FINANCIAL, INC., | : |
| Movant, | : |
| v. | : CONTESTED MATTER |
| MARSHALL JASON SCHELL and<br>AMANDA GAIL SCHELL, Debtor;<br>and MARY IDA TOWNSON, Trustee, | : |
| Respondents. | : |

## CERTIFICATE OF SERVICE

The undersigned, Philip L. Rubin, hereby certifies that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that I served a copy of the MOTION FOR RELIEF FROM STAY and NOTICE OF ASSIGNMENT OF HEARING on the following by depositing same in the United States Mail in properly addressed envelopes with adequate postage to:

Marshall Jason Schell
Amanda Gail Schell
45 Edgar Court
Hiram, GA 30141

Brian R. Cahn
5 S. Public Square
Cartersville, GA 30120

Mary Ida Townson
Chapter 13 Trustee
The Equitable Building
Suite 2700
100 Peachtree Street
Atlanta, GA 30303

    This October 20, 2009.

                            The Law Office of
                            LEFKOFF, RUBIN & GLEASON, P.C.
                            Attorneys for Movant

                            By:    /s/Philip L. Rubin
                                    Philip L. Rubin
                                    Georgia State Bar No. 618525

5555 Glenridge Connector
Suite 900
Atlanta, Georgia 30342
(404) 869-6900